**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Gouya Ranekouhi, Esq. (SBN: 288267)
gouya@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

[Additional Plaintiff's Counsel on Signature Line]

*Attorneys for Plaintiff,*
Ann Fox

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN FOX, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**SPECTRUM CLUB HOLDING COMPANY; and, SPECTRUM CLUBS OF SANTA BARBARA,**<br><br>Defendant. | Case No.:  2:14-cv-06766-PSG-FFMx<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. PHILIP S. GUTIERREZ** |

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that the parties Plaintiff ANN FOX ("Plaintiff") and Defendant SPECTRUM CLUBS OF SANTA BARBARA ("Defendant") have reached a class-wide settlement. Plaintiff's Counsel is working diligently to file Plaintiff's Preliminary Approval Motion as soon as possible or by a date mandated by this Court. Plaintiff requests that all pending dates and filing requirements be vacated by this Court.

Dated: August 27, 2015                               **KAZEROUNI LAW GROUP, APC**

                                                     By: ____/s/ Gouya Ranekouhi____
                                                         GOUYA RANEKOUHI, ESQ.
                                                         ATTORNEY FOR PLAINTIFF

[Additional Plaintiff's Counsel]

Todd M. Friedman (SBN 216752)
Suren N. Weerasuriya (SBN 278521)
Adrian R. Bacon (SBN 280332)
**Law Offices of Todd M. Friedman, P.C.**
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On August 27, 2015, I served the herein described document(s):

**PLAINTIFF'S NOTICE OF SETTLEMENT**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

**Martin K. Deniston**
Martin.deniston@wilsonelser.com
**Kent A. Halkett**
Kent.halkett@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, CA 90071**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 27, 2015 at Costa Mesa, California.

                                                           ___/s/ Gouya Ranekouhi
                                                           GOUYA RANEKOUHI

**KAZEROUNI LAW GROUP, APC
245 FISHER AVENUE, UNIT D1
COSTA MESA, CA 92626**

**PROOF OF SERVICE**