UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS - 6

| Case No. | CV 14-6766-PSG (FFMx) | Date | January 4, 2016 |
|---|---|---|---|
| Title | ANN FOX -VS- SPECTRUM CLUB HOLDING COMPANY | | |

Present: The Honorable  PHILIP S. GUTIERREZ

| Wendy Hernandez | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Todd Friedman | Martin Deniston |

**Proceedings:**   FINAL PRETRIAL CONFERENCE

The Court, having questioned counsel regarding the notice of settlement, dismisses the case for failure to prosecute in a timely way.

                                                          :   02
                              Initials of Preparer      wh